Exhibit 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-420-489**

**Effective Date of Registration:**
September 12, 2024

**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:** Jp2093_ Feather Plumes-A

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 28, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091215


PLUMES
Aigle
Hibou
Goura
Argus
Autruche
Paon
Oiseau de Paradis
Paon
Paon spicifère
Canard mandarin
Ménure-lyre
Grue couronnée
Eperonnier
Roi des Gobe-mouches
Dindon ocellé
Lophophore
Casoar à casque
Crossette
Ptéridophore
Cacatoès
Pintade
Momot
Grèbe
Colin
Faisan doré
Pipra
O.m. paon
Manucode
O.m. magnifique
O.m. Sapho
O.m. bleu
Juida
Trictoglosse
Coq de Sonnerat
Brève
Calliste
Guit-guit
Manakin
Aigrette
O-m Bonaparte
O-m Clarisse
Calliste
Faisan vénéré
Couroucou

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter
United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-485**
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:** JP2119-Le Coq

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 05, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091216



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-664**
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:** Jp3041-Italian Chefs-61215

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 12, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091221


Corner Bistro
Today's Specials
Soup
Salad
Sandwich
Combo
Bon Appetit
Italian
VINO

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-806**

**Effective Date of Registration:**
September 12, 2024

**Registration Decision Date:**
November 05, 2024

## Title

**Title of Work:** Garage Sign Collection-B

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 07, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091212


DAD'S GARAGE
OPEN WHEN WE'RE HERE
CLOSED WHEN WE AIN'T

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-423-091**
**Effective Date of Registration:**
October 17, 2024
**Registration Decision Date:**
November 25, 2024

## Title

**Title of Work:** Blueberry Pie- Vintage Sign

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** October 12, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 17, 2024
**Applicant's Tracking Number:** JP2024101701


HOME MADE
Blueberry
Pie
5¢
a slice
Fresh & Delicious

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-846**
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 05, 2024

## Title

**Title of Work:** Watercolor Teacups- A

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 05, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091237


Tea time

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-488**
**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:** JP2120_Le Coq

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 05, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091217

