**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JEAN ANN PLOUT,

    Plaintiff,                                              Case No.: 1:26-cv-01157

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Jiaoyu Trading |
| 2 | wanghanlinSHOP |
| 3 | 任世举 |
| 4 | zhichengFBH |
| 5 | shanxisentaoyanshangmaoyouxiangongsi |
| 6 | Xaingwen Dai |
| 7 | streamer store |
| 8 | tao store |
| 9 | Afeng store |
| 10 | maca store |
| 11 | California Art Store |
| 12 | Washington Art Store |
| 13 | 福建省仙游县锦和厨房设备有限公司 |
| 14 | ChunDiSHOUGONG |
| 15 | Spiritual Inspiration |
| 16 | Hello, my friend |
| 17 | Light Art Store |
| 18 | Anydia |
| 19 | YinSheng Shop |
| 20 | Decorart |
| 21 | Dove Art |
| 22 | Cinto |

| 23 | shanxihaohaoyiyishangmaoyouxiangongsihua |
|----|------------------------------------------|
| 24 | KHANHVY2020 |
| 25 | putianshichengxiangqufenghuangshanjiedaosongruihua |
| 26 | yayushangmaodian |
| 27 | Funan County Baozhang Trading Co., Ltd |
| 28 | xinxiangshibaofushizhenggongcheng |
| 29 | Painting ·820 |
| 30 | taikangxianshengyaojianzhugongchengyouxiangongsi |
| 31 | jhdstore |
| 32 | ganzhouqingchengyiliaoqixieyouxiangongsi |
| 33 | GuangZhouZhongWuWangLuoKeJi18 |
| 34 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 35 | ykcuh |
| 36 | tangyinxianboliyezhuangshizhuangxiu |
| 37 | BEIBEEe |
| 38 | ChenHongZhuangShiGongCheng |
| 39 | zhoukouguixinshangmaoyouxiangongsi |
| 40 | qingdaoxinchuangchengzhuangshigongcheng |
| 41 | ShengZeJianZhu |
| 42 | E Shingle |
| 43 | jia-home-xzzyc |
| 44 | EcoDuck Store |
| 45 | Victrlaurel ship from US |
| 46 | chenwebbindexiaodian |
| 47 | Deruiqi |
| 48 | DaFengXinXingJianCai |
| 49 | ZZIXINS |
| 50 | jinanqiluxurijiankangguanliyouxiangongsi |
| 51 | xiune |
| 52 | zhshiun |
| 53 | aeuxlons |
| 54 | 范书柜收纳 |
| 55 | wangyonghaoukgyk |
| 56 | Lancholy-US |
| 57 | ChenKaiMaoYi |
| 58 | 贤淑服饰 |
| 59 | henanhuifengyejinziyuan |

| 60 | yyyiubv |
|---|---|
| 61 | minfyy |
| 62 | JJIWE |
| 63 | jiangmenshijunhuiqichefuwu |
| 64 | Jin Heng Shang Mao |
| 65 | shanxijinjiachengshengnengyuankeji |
| 66 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 67 | JJUNSS |
| 68 | ywyxgs |
| 69 | bofangyike |
| 70 | minjjsin |
| 71 | heyuanzhangmaifuzhuang |
| 72 | HuHeHaoTeShiLuBoYaoShangMaoYouXianZeRenGongS |
| 73 | ShiChiSiWenSanaoYuXiaGongSi |
| 74 | YunNanZiBin |
| 75 | HeBiBaoYueJianCaiYouXianGongSi |
| 76 | ChengJiDianZiChanPin |
| 77 | luoyangshipengwudaoluyunshu |
| 78 | GeLaSiWangLuoKeJiYangPuYouXianGongSi |
| 79 | NanChangDuiJinFuWeiWangLuoKeJiYouXianGongSi |
| 80 | chenzhoushibeihuqumanying |
| 81 | ZhuZhouXieSuShangMaoYouXianGongSi |
| 82 | KunMingGengHangShangMaoYouXianGongSi |
| 83 | honghesanyuqichexiaoshoufuwu |
| 84 | LLIANHH |
| 85 | FenXiaoShangMao |
| 86 | 衡阳搭灼商贸有限公司 |
| 87 | shijiazhuangqucaimaoyiyouxiangongsi |
| 88 | 户外辉手电品 |
| 89 | TangYinXianZhongXinQiCheZuLinFuWu |
| 90 | suzhoushifuyuecaifangzhi |
| 91 | hexianyusix |
| 92 | WangBin75 |
| 93 | yanbbz |
| 94 | yingwenchibi |
| 95 | HuiChengChongShangMaoFuZhuangDian |
| 96 | xinxiangshihongchenjianzhulaow |

3

| | |
|---|---|
| 97 | yongchengshiyongguangshangmao |
| 98 | dongmingxiyuanduoshangmao |
| 99 | henanruiqihaowangluokeji |
| 100 | zhiuen |
| 101 | Putianshidipeimaoyiyouxiangongsi |
| 102 | kangpingxiannongtainongjizhuanyehezuoshe |
| 103 | anshiqijunguanggaobiaoshizhizuoy |
| 104 | luoyanghuaqianjianzhugongcheng |
| 105 | yuyuuu |
| 106 | Jinan Yeyin Trading Co., Ltd. |
| 107 | 杯架数显 |
| 108 | jiexiushiyuanfengmaoyiyouxiangongsi |
| 109 | aigjinu |
| 110 | ChangShaShiXiGuiShangMaoYouXianGongSi |
| 111 | Shuangfeng County Zhenxian Trading Store Sole Proprietorship |
| 112 | GuangZhouYiWuShangMao |
| 113 | DingYuTing |
| 114 | yegqizhansf |
| 115 | CZSLLC |
| 116 | hongfajiadian |
| 117 | hhujln |
| 118 | HengYangXianZhaoWanShangMaoYouXianGong |
| 119 | 宠玩朱配 |
| 120 | wngob |
| 121 | guangximitaodianzishan |
| 122 | anhuifuyueshangmaoyouxia |
| 123 | fuyangshixingbozhinengkeji |
| 124 | tianjinbangteyunshugufenyouxiangongsi |
| 125 | llxik |
| 126 | hebishishifanquouxingshangmaoyouxiangongsi |
| 127 | xianningshidaobanshangmao |
| 128 | wwensc |
| 129 | 厨佳工具店 |
| 130 | lasin |
| 131 | LanLiXiaHongTing |
| 132 | Ze66758EKLD |

4

| 133 | 丽华家居商贸 |
|---|---|
| 134 | lankaoxianyouyoutongzhu |
| 135 | FIYY |
| 136 | fuyangchezhihuaqichefuwu |
| 137 | TangShanRenYingShangMao |
| 138 | Lovely Home Decorations |
| 139 | yangsijuanlihaiu |
| 140 | FORN |
| 141 | xuesongchengzhe |
| 142 | xiuyuquheyanzhongmaoyiyouxiangongsi |
| 143 | Lucksign Better Home |
| 144 | jingmenshinielunwang |
| 145 | xiongzhiming |
| 146 | HFUEHSDS |
| 147 | yuyumaoyi |
| 148 | linlinpiaopiao |
| 149 | Jarunyopin |
| 150 | huahuanuonnuo |
| 151 | fasdqwfs |
| 152 | chenguanjianzhu |
| 153 | Cao Home Decoration Store |
| 154 | Ieskayiz Home |
| 155 | CICI CUTE |
| 156 | yuyuTrading Co.Ltd |
| 157 | Hulduibro |
| 158 | asafafdsgs |
| 159 | hefeiwuxuekeji |
| 160 | bianwuhuishop |
| 161 | FeiSu Shop |
| 162 | PERCIOUS HOME |
| 163 | The Berea Company |
| 164 | Athenstics Stainless steel cup |
| 165 | Tapesb |
| 166 | Dark Trade |
| 167 | Yaliokey |
| 168 | XYJ Fahion Store |
| 169 | SHENGQINGCo.Ltd |

5

| 170 | rongtangmaoyi |
|-----|---------------|
| 171 | SUHUO TwentySix |
| 172 | WarmWick Haus |
| 173 | BrollyO |
| 174 | jieduoya |
| 175 | LiuSQaQ |
| 176 | Pan Da Da |
| 177 | han ni home local |
| 178 | ZeitCraft |
| 179 | OrionStitchVault |
| 180 | PatinaPaletteStore |
| 181 | CAI CAI RUG |
| 182 | ModiFable |
| 183 | Awesome Selection - TA Pai Home Life Flagship |
| 184 | Rising Sun in the East Carpet |
| 185 | Life and Art A |
| 186 | CSDZ |
| 187 | Yiren Textile |
| 188 | Home sweet carpet |
| 189 | LAKE RUG |
| 190 | A sunny family A |