**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JEAN ANN PLOUT,<br><br>*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants.* | Case No. 1: 26-cv-01157<br><br>**Judge:** Hon. Matthew F. Kennelly<br><br>**Magistrate Judge:** Hon. Daniel P. McLaughlin |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff Jean Ann Plout ("Plaintiff") filed a Complaint against Defendant No. 169 SHENGQINGCo.Ltd ("Defendant") on February 2, 2026. Plaintiff and Defendant have resolved all claims arising out of the allegations in the Complaint and have agreed to the entry of the proposed Consent Judgment. The parties now move this Honorable Court for the entry of a Consent Judgment Order substantially in the form submitted to Proposed_Order_Kennelly@ilnd.uscourts.gov .

DATED: March 4, 2026                                          Respectfully submitted,

| | |
|---|---|
| */s/ Keith A. Vogt*<br>Keith A. Vogt<br>FL Bar No. 1036084/IL Bar No. 6207971<br>Keith A. Vogt PLLC<br>1820 NE 163rd Street, Suite #306<br>North Miami Beach, Florida 33162<br>Telephone: 312-971-6752<br><br>**ATTORNEY FOR PLAINTIFF** | */s/ He Cheng*<br>He Cheng (Bar No. 5665617)<br>Palmer Law Group, P.A.<br>110 East Broward Blvd, Suite 1700<br>Fort Lauderdale, FL 33301<br>Telephone: (917) 525-1495<br>E-mail : rcheng@palmerlawgroup.com<br><br>**ATTORNEY FOR DEFENDANT** |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 4, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                   */s/ He Cheng*
                                   He Cheng