**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JEAN ANN PLOUT,

      Plaintiff,                          Case No.: 1:26-cv-01157

v.                                   Judge Matthew F. Kennelly

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Daniel P.
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",  McLaughlin

      Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 18 | Anydia |
| 162 | PERCIOUS HOME |
| 138 | Lovely Home Decorations |
| 143 | Lucksign Better Home |
| 147 | yuyumaoyi |
| 148 | linlinpiaopiao |
| 154 | Ieskayiz Home |
| 161 | FeiSu Shop |
| 163 | The Berea Company |
| 164 | Athenstics Stainless steel cup |
| 167 | Yaliokey |
| 170 | rongtangmaoyi |

DATED:  March 12, 2026                   Respectfully submitted,

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt
                                        FL Bar No. 1036084/IL Bar No. 6207971
                                        Keith A. Vogt PLLC
                                        1820 NE 163rd Street, Suite #306

North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 12, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt