**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JEAN ANN PLOUT,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-01157

Judge Matthew F. Kennelly

Magistrate Judge Daniel P.
McLaughlin

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on April 1, 2026 [31] in favor of

Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge

payment of an agreed upon damages amount, costs, and interest and desires to release this judgment

and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|-----|-----------|
| 17 | Light Art Store |
| 20 | Decorart |
| 142 | xiuyuquheyanzhongmaoyiyouxiangongsi |
| 173 | BrollyO |
| 174 | jieduoya |

THEREFORE, full and complete satisfaction of said judgment as to above identified

Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed

to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: June 03, 2026

Respectfully submitted,

_/s/ Keith A. Vogt_
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

Subscribed and sworn before me by Keith A. Vogt, on this 03 day of June, 2026.

Given under by hand and notarial seal.



NOTARY PUBLIC

STATE OF Illinois

COUNTY OF Cook

GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026